**Exhibit 1**

**Copyright Registration**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-446-148

**Effective Date of Registration:**
February 05, 2025
**Registration Decision Date:**
May 21, 2025

---

## Title

**Title of Work:** Melrose

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** May 05, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Salwa Khoury Geadah
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Salwa Khoury Geadah
1427 Blossom Ave, Redlands, CA, 92373, United States

## Certification

**Name:** Daniel Lachman
**Date:** February 05, 2025

Page 1 of 1

